People v B.D. (2025 NY Slip Op 05468)

People v B.D.

2025 NY Slip Op 05468

Decided on October 07, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 07, 2025

Before: Manzanet-Daniels, J.P., Kennedy, Shulman, Michael, Hagler, JJ. 

Ind. No. 2589/16|Appeal No. 4867|Case No. 2019-05343|

[*1]The People of the State of New York, Respondent,
v
B.D., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Megan Taeschler of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Judith Leib, J.), rendered July 15, 2019, convicting defendant, upon his plea of guilty, of petit larceny, adjudicating him a youthful offender, and sentencing him to a conditional discharge, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 7, 2025